**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

NOT DESIGNATED FOR PUBLICATION

George Lewis Higgins, III
Attorney at Law
P. O. Box 3370
Pineville LA 71361-3370

**REHEARING ACTION: April 15, 2009**

**Docket Number: 08   00670-KW**

**STATE OF LOUISIANA**
**VERSUS**
**ERIC DEAN OXLEY**

**Writ Application from Sabine Parish Case No. 52,196**

**BEFORE JUDGES:**

    **Hon. Michael G. Sullivan**
    **Hon. Elizabeth A. Pickett**
    **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Eric Dean Oxley** has this day been

> **DENIED:** Relator argues that his application for post-conviction relief
> should be granted, as it is not untimely. The court's granting of the State's
> motion seeking enforcement of a plea agreement, which included a waiver
> of the right to seek post-conviction relief, was not founded upon the issue
> of the timeliness of Relator's application for post-conviction relief.

cc: Hon. Don M. Burkett, Counsel for the Applicant